UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DAVID RHODES,

                              Petitioner,

               v.                                                    9:13-CV-57
                                                                    (FJS/TWD)

M. SHEAHAN, Superintendent,

                              Respondent.
_____

**APPEARANCES**                                                 **OF COUNSEL**

**DAVID RHODES**
**07-A-3657**
Green Haven Correctional Facility
P. O. Box 4000
Stormville, New York 12582
Petitioner *pro se*

**OFFICE OF THE NEW YORK**               **PRISCILLA I. STEWARD, AAG**
**STATE ATTORNEY GENERAL**
120 Broadway
New York, New York 10271
Attorneys for Respondent

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Dancks' January 12, 2016 Order and Report-Recommendation, in which she recommended that this Court deny and dismiss Petitioner's writ of habeas corpus. *See* Dkt. No. 39. The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

Having reviewed the entire file in this matter, Magistrate Judge Dancks' January 12, 2016 Order and Report-Recommendation, the parties' submissions and the applicable law, and for the above-stated reasons, the Court hereby

**ORDERS** that Magistrate Judge Dancks' January 12, 2016 Order and Report-Recommendation, *see* Dkt. No. 39, is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2254, *see* Dkt. No. 1, is **DENIED** and **DISMISSED** in all respects on the grounds that it is time-barred; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Respondent and close this case; and the Court further

**ORDERS** that no Certificate of Appealability shall issue with respect to any of the claims set forth in the Petition because Petitioner has not made a 'substantial showing of the denial of a constitutional right' as 28 U.S.C. § 2253(c)(2)[1] requires; and the Court further

---

[1] *See Miller-El v. Cockrell,* 537 U.S. 322, 336 (2003) (holding that "§ 2253 permits the issuance of a COA only where a petitioner has made a 'substantial showing of the denial of a constitutional right'").

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: March 8, 2016
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge